**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
IAN T. BLACKSTONE,
:
:
                               Plaintiff,    :         25-cv-2806 (OTW)
:
                    -against-               :               **ORDER**
:
COMMISSIONER OF SOCIAL SECURITY,
:
                              Defendant.  :
:
------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge:**

        The Court is in receipt of *pro se* Plaintiff Ian T. Blackstone's letter at ECF 14, wherein he requests a 30-day extension of time to file his brief. Plaintiff's request is **GRANTED.** Plaintiff is directed to file his brief by **August 25, 2025.**

        Defendant is directed to serve a copy of this order on Plaintiff by **July 21, 2025.**

        **SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: July 15, 2025                                               **Ona T. Wang**
        New York, New York                              United States Magistrate Judge